1 | MICHAEL B. MURPHY (State Bar No. 123849)
mbm@severson.com
2 | CYNTHIA L. MITCHEL (State Bar No. 71978)
clm@severson.com
3 | SEVERSON & WERSON
A Professional Corporation
4 | One Embarcadero Center, Suite 2600
San Francisco, California 94111
5 | Telephone: (415) 398-3344
Facsimile: (415) 956-0439
6 |
7 | Attorneys for Defendant
GERARD FELICIANO

**APPROVED**
Judge Jon S. Tigar

Dated: April 16, 2015

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| GIL DE LA ROZA,<br><br>           Plaintiff,<br><br>     vs.<br><br>GERARD FELICIANO,<br><br>           Defendant. | Case No. 3:14-CV-04351-JST<br>The Hon. Jon S. Tigar<br><br>**NOTICE OF CHANGE OF COUNSEL** |

TO THE CLERK OF THE COURT, TO PLAINTIFF AND ALL COUNSEL OF RECORD:

Please take notice that Michael B. Murphy and Cynthia L. Mitchell, of Severson & Werson, P.C., hereby make their appearance and substitute in for and replace Forrest Booth and Pamela L. Schultz as counsel on behalf of Defendant Gerard Feliciano.

Cynthia L. Mitchell's email address for purposes of receipt of Notices of Electronic Filing is clm@severson.com.  Michael B. Murphy's email address is mbm@severson.com.

1  DATED:  April 14, 2015            SEVERSON & WERSON
                                     A Professional Corporation

2

3

4                                    By:    */s/ Cynthia L. Mitchell*
                                                Cynthia L. Mitchell
5
                                     Attorneys for Defendant  GERARD FELICIANO
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28