UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GIL DE LA ROZA,

        Plaintiff,

   v.

GERARD FELICIANO,

        Defendant.

Case No. 14-cv-04351-JST

**MINUTE ORDER NOTING DISMISSAL**

Re: ECF No. 23

    The parties have filed a stipulation of dismissal dated June 25, 2015, stating that they have agreed to a settlement of this action. ECF No. 23. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

    This case has been dismissed with. The Clerk shall close the file.

    IT IS SO ORDERED.

Dated: June 26, 2015

_____
JON S. TIGAR
United States District Judge