UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIL DE LA ROZA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GERARD FELICIANO,<br><br>　　　　　Defendant. | Case No. 14-cv-04351-JST<br><br>**AMENDED MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 23 |

　　　　The parties have filed a stipulation of dismissal dated June 25, 2015, stating that they have agreed to a settlement of this action. ECF No. 23. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

　　　　This case has been dismissed with prejudice. The Clerk shall close the file.

　　　　IT IS SO ORDERED.

Dated: June 29, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　JON S. TIGAR
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge